**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS FRIAS ALCANTARA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1865-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 9, 2026, Luis Frias Alcantara filed a Petition for a Writ of Habeas Corpus, ECF No. 1, challenging his detention as unlawful and seeking his release or a bond hearing. On July 13, the Court ordered Respondents to show cause why the Petition should not be granted. July 13, 2026, Order, ECF No. 2. The Court also ordered, under its inherent authority to preserve and assess its own jurisdiction, that Frias Alcantara could not be removed or deported from the United States or transferred outside the Western District of Texas "until the Court orders otherwise or this case is closed." *Id.* at 2.

Respondents have now filed a Response, ECF No. 5, in which they inform the Court that Frias Alcantara is subject to a removal order from 2014, which was reinstated in 2023 upon his re-entry into the United States. *Id.* at 1. And that, on June 8, 2026, Frias Alcantara's application for withholding of removal was denied by an Immigration Judge and no appeal was filed before the deadline to do so elapsed. *Id.* Thus, Frias Alcantara is detained pursuant to 8 U.S.C. § 1231(a)(6) and Respondents argue that the Petition should be dismissed because "[t]here is no reason to believe that removal in the reasonably foreseeable future is unlikely." *Id.* at 4.

Accordingly, because Frias Alcantara is subject to an administratively final reinstated removal order, the Court find it appropriate to take this matter under advisement pending more information from Respondents. In addition, because Frias Alcantara is now removable from the country, the Court finds it appropriate to vacate its prior order preventing Frias Alcantara's removal and transfer.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report, **by no later than August 21, 2026**, stating whether Frias Alcantara was removed from the United States and, if not, the obstacles to his removal and the concrete steps taken to overcome those obstacles.

**IT IS FURTHER ORDERED** that the Court's July 13, 2026, Order preventing Respondents from "remov[ing] or deport[ing] Frias Alcantara from the United States" or "transfer[ing] Frias Alcantara to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" is **VACATED**.

**SO ORDERED**.

**SIGNED this 22nd day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE