**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS FRIAS ALCANTARA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1865-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 22, 2026, the Court ordered Respondents to file a status report by August 21 regarding their efforts to remove Luis Frias Alcantara from the country. *See* July 22, 2026, Order, ECF No. 6. On July 31, Frias Alcantara filed a Notice of Change of Address, ECF No. 10, indicating that he was transferred to a different detention facility. It thus appears that he did not receive the Court's July 22, 2026, Order. *See* Returned Mail, ECF No. 11.

Accordingly, the Court **ORDERS** that the Clerk of Court shall send this Order, together with the Court's July 22, 2026, Order, ECF No. 6, and Respondents' Response, ECF No. 5, to Petitioner at the following address:

Luis Frias Alcantara
A#206-414-361
Aurora ICE Processing
3130 North Oakland St.
Aurora, CO 80010

**SO ORDERED**.

**SIGNED this 5th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE