**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS FRIAS ALCANTARA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1865-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 22, 2026, the Court ordered Respondents to file a status report by August 21 whether Frias Alcantara, who is subject to a reinstated final removal order, was removed from the United States and, if not, the obstacles to his removal and the concrete steps taken to overcome those obstacles. July 22, 2026, Order, ECF No. 6.

Frias Alcantara has filed several supplemental filings with support letters, documents and photos reflecting his life at liberty in the United States, miscellaneous documents related to his immigration arrest and detention, as well as additional briefing. *See* Mem., ECF No. 15; Letter, ECF No. 16; Notice, ECF No. 18.

On August 21, Respondents filed a Status Report, ECF No. 19, in which they inform the Court that Frias Alcantara appealed the denial of his application for withholding of removal to the Board of Immigration Appeals on July 22, 2026, and thus, his withholding-only proceedings remain pending. *Id.* at 1–2. Respondents state that, nevertheless, Frias Alcantara is still lawfully detained under 8 U.S.C. § 1231(a)(5). *Id.* at 2 (citing *Johnson v. Guzman Chavez*, 594 U.S. 523, 526, 534–535 (2021)).

Because Frais Alcantara is subject to an administratively final reinstated removal order and his withholding-only proceedings are pending, the Court finds it appropriate to order another status report in this case.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report, **by no later than January 22, 2027**, detailing the following:

(1) whether Frias Alcantara is still in immigration detention, and if so,

(2) the status of Frias Alcantara's withholding-only proceedings,

(3) if Frias Alcantara's withholding-only proceedings have concluded, the date on which they concluded, the outcome of the proceedings, and Respondents' efforts to remove Frias Alcantara from the United States, and any obstacles to his removal.

**SO ORDERED**.

SIGNED this 24th day of August, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE